1018

No. 81–1272. SALKIN ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 81–1316. MCCUTCHEON v. CHICAGO BOARD OF EDUCATION ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–1323. MURPHY TUGBOAT CO. v. SHIPOWNERS & MERCHANTS TOWBOAT CO., LTD., ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 81–1330. OHIO STATE BOARD OF EDUCATION ET AL. v. REED ET AL.; and OHIO STATE BOARD OF EDUCATION ET AL. v. PENICK ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 662 F. 2d 1219 (first case); 663 F. 2d 24 (second case).

No. 81–1331. COUNTY OF SAN DIEGO v. NELSON, COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 81–1336. PAGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 81–1340. F. D. RICH HOUSING OF THE VIRGIN ISLANDS, INC., ET AL. v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied. ▮

No. 81–1343. ROSENBAUM v. ROSENBAUM. App. Ct. Ill., 1st Dist. Certiorari denied. ▮

No. 81–1344. SHUFFMAN, EXECUTRIX v. HARTFORD TEXTILE CORP. ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 81–1345. SIMONS v. SOUTH-WESTERN PUBLISHING CO. C. A. 9th Cir. Certiorari denied. ▮